**Order entered February 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00550-CR

**JOHN RICHARD BUSBEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-11264-K**

## ORDER

Appellant's January 31, 2013 motion to supplement the record and to hold the briefing schedule in abeyance is **GRANTED** to the extent we **ORDER** Official Court Reporter Janice E. Garrett to file, within **THIRTY** days of the date of this order, either a supplemental reporter's record of the sentencing hearing in this case or else a letter certifying that no such record exists.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Janice E. Garrett.

/s/      LANA MYERS
JUSTICE